UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| DAVID LAROCHE, | ) |
| | ) CASE NO.: 2:16-cv-14536-KAM |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| COLLISON'S AUTOMOTIVE, INC., and KEVIN R. JARDINE, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

By the signatures of their counsel below appearing, the parties to this action do hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| **MURPHY & WALKER, P.L.** | **ROSSWAY SWAN TIERNEY BARRY LACEY & OLIVER, P.L.** |
| 2001 U.S. Highway 1 | 2101 Indian River Blvd, Suite 200 |
| Vero Beach, FL 32960 | Vero Beach, FL 32960 |
| Telephone: (772) 231-1900 | Telephone: (772) 231-4440 |
| Facsimile: (772) 231-4387 | Facsimile: (772) 231-4430 |
| | |
| By: /s/ Casey Walker | By: /s/ Thomas W. Tierney |
| Casey Walker | Thomas W. Tierney |
| Florida Bar No. 099848 | Florida Bar No. 390150 |
| *Counsel for David Laroche* | *Counsel for Collison's Automotive, Inc. and Kevin R. Jardine* |

September 13, 2017  **MURPHY & WALKER, P.L.**
Vero Beach, FL  2001 U.S. Highway 1
 Vero Beach, FL 32960
 Telephone: (772) 231-1900
 Facsimile: (772) 231-4387
 cwalker@murphywalker.com


By:  /s/ Casey Walker
 Casey Walker
 Florida Bar No. 099848
 *Attorneys for David Laroche*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the CM/ECF filing system this 13th day of September, 2017.


 /s/ Casey Walker
 Casey Walker
 Florida Bar No. 099848