UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14536-CIV-MARRA

DAVID LAROCHE,

Plaintiff,

vs.

COLLISON'S AUTOMOTIVE, INC., and
KEVIN R. JARDINE,

Defendants.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 11]. On October 20, 2017, the Court held a hearing to scrutinize the settlement agreement entered into by the parties for fairness pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1355.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)  The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2)  All pending motions are denied as moot and the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of October, 2017.

_____
KENNETH A. MARRA
United States District Judge